JUDGE COTE

08 CV 3775

DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

APR 21 2008
U.S.D.C. S.D. N.Y.
CASHIERS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNILEVER SUPPLY CHAIN, INC. and      :
CONOPCO, INC. d/b/a UNILEVER,        :
                                     :
                    Plaintiffs,      :
                                     :
                                     :    **COMPLAINT**
        -against-                    :    **AND JURY DEMAND**
                                     :
GLOBAL HEALTH TECHNOLOGIES INC.,     :
WELLNX LIFE SCIENCES INC.,           :
WELLNX DR INCORPORATED,              :
NX CARE INC., NX LABS INC.,          :
DEREK WOODGATE, BRAD WOODGATE,       :
and SCOTT WELCH,                     :
                                     :
                    Defendants.      :
--------------------------------------------------------------X

Plaintiffs, Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever, by their

undersigned attorneys, Duane Morris LLP, for their Complaint allege as follows:

## SUBSTANCE OF THE ACTION

1.      This is an action for trademark infringement, unfair competition and dilution with

respect to plaintiffs' federally registered and famous SLIM-FAST® mark. SLIM-FAST®

products are extraordinarily famous as weight management and meal replacement products. This

action arises out of defendants' unauthorized past, current and planned use of the names

SLIMQUICK and SLIMQUICK LABORATORIES in connection with various weight loss

products and dietary supplements, which provides the basis for plaintiffs' claims for federal

trademark infringement and unfair competition under Sections 32(l) and 43(a) of the Trademark

Act of 1946 (the "Lanham Act"), 15 U.S.C. §§ 1114(l) and 1125(a), for federal trademark

dilution under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)(1), and for substantial and

related claims of unfair competition, deceptive trade practices, dilution, tarnishment and injury to

business reputation arising under the laws of the State of New York. Plaintiffs seek a temporary

restraining order, preliminary and permanent injunctive relief and damages.

JURISDICTION AND VENUE

2.     This Court has jurisdiction under Section 39 of the Lanham Act, 15 U.S.C. §

1121, Sections 1332(a), 1338(a), 1338(b) of the Judicial Code, 28 U.S.C. § 1332(a), § 1338(a)

and § 1338(b), and under principles of supplemental and supplementary jurisdiction. This Court

has personal jurisdiction over Defendants because they sell and market their products to

customers located in the State of New York. The amount in controversy exceeds the sum of

$75,000, exclusive of interest and costs. Venue properly lies in this District under Sections

1391(b) and (c) of the Judicial Code, 28 U.S.C. § 1391(b) and § 1391(c) because Defendants do

business in and/or have substantial contacts with and/or may be found in the Southern District of

New York, and a substantial portion of the events at issue have arisen and/or will arise in this

judicial district.

PARTIES

3.     Plaintiff Unilever Supply Chain, Inc. ("Unilever Supply Chain") is a corporation

duly organized and existing under the laws of Delaware with offices at 1 John Street, Clinton,

Connecticut 06413. Plaintiff Unilever Supply Chain is the owner of numerous U.S. trademark

registrations for the famous SLIM-FAST® trademark ("SLIM-FAST® Mark").

2

4.    Plaintiff Conopco, Inc. d/b/a Unilever ("Conopco") is a corporation duly organized and existing under the laws of New York with offices at 800 Sylvan Avenue, Englewood Cliffs, New Jersey 07632. Conopco is Unilever Supply Chain's exclusive licensee of the SLIM-FAST® Mark, which it uses in connection with meal replacement and weight management products. Plaintiffs Unilever Supply Chain and Conopco are collectively hereinafter referred to as "Plaintiffs."

5.    Upon information and belief, defendant Global Health Technologies Inc. is a corporation duly organized and existing under the laws of Canada with its principal place of business located at 5800 Explorer Drive, Suite 320, Mississauga, Ontario L4W 5K9, and offices located at 735 Delaware Road, Suite 337, Buffalo, New York 14223-1231 and 1201 N. Orange Street, Suite 741, Wilmington, Delaware 19801.

6.    Upon information and belief, defendant Wellnx Life Sciences Inc. is a corporation duly organized and existing under the laws of Canada with its principal place of business located at 5800 Explorer Drive, Suite 320, Mississauga, Ontario L4W 5K9, and offices located at 735 Delaware Road, Suite 337, Buffalo, New York 14223-1231 and 1201 N. Orange Street, Suite 741, Wilmington, Delaware 19801.

7.    Upon information and belief, defendant Wellnx DR Incorporated is a corporation duly organized and existing under the laws of Canada with its principal place of business located at 5800 Explorer Drive, Suite 320, Mississauga, Ontario L4W 5K9, and offices located at 735 Delaware Road, Suite 337, Buffalo, New York 14223-1231 and 1201 N. Orange Street, Suite 741, Wilmington, Delaware 19801.

8.    Upon information and belief, defendant NX Care Inc. is a corporation duly organized and existing under the laws of Canada with its principal place of business located at

3

1680 Tech Avenue, Unit 1, Mississauga, Ontario L4W 5S9, and offices located at 735 Delaware Road, Suite 337, Buffalo, New York 14223-1231 and 1201 N. Orange Street, Suite 741, Wilmington, Delaware 19801.

9.    Upon information and belief, defendant NX Labs Inc. is a corporation duly organized and existing under the laws of Canada with its principal place of business located at 1680 Tech Avenue, Unit 1, Mississauga, Ontario L4W 5S9, and offices located at 735 Delaware Road, Suite 337, Buffalo, New York 14223-1231 and 1201 N. Orange Street, Suite 741, Wilmington, Delaware 19801.

10.    Upon information and belief, defendant Derek Woodgate is a Canadian citizen, and is an officer, director and/or managing agent of Defendants Global Health Technologies Inc., Wellnx Life Sciences Inc., Wellnx DR Incorporated, NX Care Inc. and/or NX Labs Inc.

11.    Upon information and belief, defendant Brad Woodgate is a Canadian citizen, and is an officer, director and/or managing agent of Defendants Global Health Technologies Inc., Wellnx Life Sciences Inc., Wellnx DR Incorporated, NX Care Inc. and/or NX Labs Inc.

12.    Upon information and belief, defendant Scott Welch is a Canadian citizen, and is an officer, director and/or managing agent of Global Health Technologies Inc., Wellnx Life Sciences Inc., Wellnx DR Incorporated, NX Care Inc. and/or NX Labs Inc.

13.    Defendants Global Health Technologies Inc., Wellnx Life Sciences, Inc., Wellnx DR Incorporated, NX Care Inc., NX Labs Inc., Derek Woodgate, Brad Woodgate and Scott Welch are collectively hereinafter referred to as "Defendants."

4

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

A.     Plaintiffs' Activities

14.     Conopco is a leading manufacturer, distributor and seller of meal replacement and weight management products. Conopco distributes and sells its products throughout the country under its famous SLIM-FAST® Mark.

15.     Plaintiffs and their predecessors have sold their line of meal replacement and weight management products under their SLIM-FAST® Mark continuously in interstate commerce throughout the United States since at least as early as 1977. The famous SLIM-FAST® Mark has appeared on product packaging, advertising, promotional materials, displays and the like.

16.     Plaintiff Unilever Supply Chain, Inc. is the owner of the following valid, subsisting and incontestable U.S. trademark registrations for the mark SLIM-FAST®:

| MARK | REGISTRATION NO./ DATE | GOODS AND SERVICES |
|------|------------------------|--------------------|
| SLIM-FAST | 1,102,508 September 19, 1978 | Protein food supplement |
| SLIM-FAST | 1,288,616 August 7, 1984 | Beverage powder meal replacement mix |
| SLIM-FAST | 1,358,816 September 10, 1985 | Dietary meal replacement nutritional bars, and instant pudding meal replacement mix |

These incontestable registrations serve as conclusive evidence of Plaintiffs' exclusive right to use SLIM-FAST® on the goods specified therein. Copies of the registrations are annexed hereto as Exhibit 1 and incorporated herein by reference.

17.    In addition, Plaintiff Unilever Supply Chain, Inc. is the owner of the following

valid and subsisting U.S. trademark registrations for the mark SLIM-FAST OPTIMA®:

| MARK | REGISTRATION NO./ DATE | GOODS AND SERVICES |
|------|------------------------|--------------------|
| SLIM-FAST OPTIMA | 2,913,870 December 21, 2004 | Ready to drink meal replacement shakes |
| SLIM-FAST OPTIMA | 2,915,210 December 28, 2004 | Meal replacement bars |
| SLIM-FAST OPTIMA | 2,979,959 July 26, 2005 | Beverage powder meal replacement mix; chocolate-based snack bars |

These registrations serve as prima facie evidence of Plaintiffs' exclusive right to use SLIM-

FAST OPTIMA® on the goods specified therein.  Copies of the registrations are annexed hereto

as Exhibit 2 and incorporated herein by reference.

18.    SLIM-FAST® products are currently available and sold to consumers throughout

this District, this State, and the United States.

19.    SLIM-FAST® products are also sold in a host of other countries including

Canada.

20.    SLIM-FAST® brand products are sold through numerous mass retail trade

channels, such as supermarkets, drug stores, convenience stores and national chain stores

including such leading retailers as Walgreens, Wal-Mart, Target, CVS, and Duane Reade, and on

internet websites such as www.drugstore.com and www.amazon.com.

21.    Over the years, the volume of sales of goods in the United States sold under the

SLIM-FAST® Mark has been enormous.  The SLIM-FAST® brand of meal replacement and

weight management products is the largest selling brand for these products in the United States with billions of dollars in sales in the United States since 1977.

22.    The extraordinary success of Plaintiffs' SLIM-FAST® brand products over many years has fostered wide renown with the trade and public and the products sold under the brand have a reputation for being of the highest quality.  As a result of such success, and the long, continuous and exclusive use of the SLIM-FAST® Mark in connection with the marketing of meal replacement and weight management products, such products have also come to be identified by the trade and public by and with the name and mark SLIM-FAST® alone.

23.    Plaintiffs continuously and extensively advertise and promote the SLIM-FAST® Mark and the products sold thereunder.  Since 1977, Plaintiffs and their predecessors have spent well over one billion dollars advertising and promoting the SLIM-FAST® brand in the United States.

24.    Plaintiffs operate a website at the domain name address www.slim-fast.com, which serves to advertise and promote their SLIM-FAST® brand products and provide nutritional and dietary information and support to consumers of SLIM-FAST® meal replacement and weight management products.

25.    Plaintiffs have advertised and promoted their SLIM-FAST® brand in a wide variety of national media including nationally circulated newspapers with circulation ranging from 20-45 million readers and magazines such as Glamour, Elle, People, Cooking Light, Better Homes & Gardens, and Fitness.  Plaintiffs have also advertised and continue to advertise on the major television broadcast networks and leading cable networks nationwide and have done significant nationwide radio advertising.  Plaintiffs' television commercials have featured testimonials from celebrity spokespersons such as Tommy Lasorda, Whoopi Goldberg and

Rachel Hunter. Plaintiffs also promote their SLIM-FAST® brand products through the Internet, billboards, banner ads, store displays, publications, sponsorship events such as concerts and entertainment performances, and tradeshows, marketing fairs and/or tours for the SLIM-FAST® brand.

26.     Because of the extensive advertising and promotion and use of the SLIM-FAST® Mark, Plaintiffs' mark has acquired enormous value and has become extremely well known to the consuming public and trade as identifying and distinguishing Plaintiffs' high quality SLIM-FAST® products from those of their competitors.

B.     Defendants' Unlawful Activities

27.     Upon information and belief, Defendants Derek Woodgate, Brad Woodgate and Scott Welch direct and substantially control all of the activities and operations of Defendants Global Health Technologies Inc., Wellnx Life Sciences Inc., Wellnx DR Incorporated, NX Care Inc. and NX Labs Inc.

28.     Upon information and belief, Defendants manufacture, market, distribute and sell weight loss products and dietary supplements under the names SLIMQUICK and SLIMQUICK LABORATORIES through a distribution network throughout the United States. Upon information and belief, Defendants' weight loss products and dietary supplements are marketed in packaging bearing SLIMQUICK and SLIMQUICK LABORATORIES. Attached hereto as Exhibit 3 are printouts from the website www.walgreens.com showing the packaging of Defendants' weight loss products and dietary supplements bearing SLIMQUICK and SLIMQUICK LABORATORIES.

29.    According to one of Defendants' websites located at www.wellnx.com ("Defendants' Website"), Defendants sell their dietary products at such leading retailers as Wal-Mart, GNC, Walgreens, CVS, Vitamin World and others.

30.    Consumers have been misled by Defendants' unauthorized and infringing use of SLIMQUICK and SLIMQUICK LABORATORIES to believe that Defendants' SLIMQUICK and SLIMQUICK LABORATORIES brand products are sponsored by, licensed from or otherwise affiliated with Plaintiffs and/or Plaintiffs' SLIM-FAST® products.

31.    Without Plaintiffs' permission or knowledge, Defendant NX Care Inc. filed applications with the United States Patent and Trademark Office (PTO) to register SLIMQUICK and SLIMQUICK LABORATORIES under Serial Nos. 76/652,169 and 76/652,168 respectively for "dietary supplements." These applications are currently pending in the PTO and have been assigned to Defendant Wellnx Life Sciences Inc.

32.    Defendants' use of and applications to register SLIMQUICK and SLIMQUICK LABORATORIES in the United States occurred long after Plaintiffs and their predecessors began using the SLIM-FAST® Mark, had obtained federal registrations for the SLIM-FAST® Mark, and the SLIM-FAST® Mark had acquired enormous goodwill and become famous.

33.    Upon information and belief, Defendants have not ceased use of SLIMQUICK or SLIMQUICK LABORATORIES.

34.    Defendants adopted, commenced use of and are using and planning to use SLIMQUICK and SLIMQUICK LABORATORIES with the intent and purpose of trading on the extensive goodwill built up by Plaintiffs in their SLIM-FAST® Mark and to reap the benefits of years of effort and investment by Plaintiffs to create public recognition of their marks.

35.    Defendants' conduct is intentionally fraudulent, malicious, willful and wanton.

36.    Defendants' acts of imitation have been committed with knowledge that such imitation is intended to be used to cause confusion, or to cause mistake, or to deceive. Defendants' use of SLIMQUICK and SLIMQUICK LABORATORIES has already caused confusion in the marketplace.

37.    Several consumer suits have been filed in the United States against Defendants which suits include claims that Defendants have made false and misleading product and advertising claims in connection with their SLIMQUICK products.

FIRST CLAIM FOR RELIEF
FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1))

38.    Plaintiffs reallege paragraphs 1 through 37 above and incorporate them by reference as if fully set forth herein.

39.    Defendants' use of SLIMQUICK and SLIMQUICK LABORATORIES in connection with their weight loss products and dietary supplements infringes on Plaintiffs' exclusive rights in their federally-registered marks, is likely to cause confusion, mistake, or deception, and constitutes trademark infringement, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

40.    Upon information and belief, Defendants have used SLIMQUICK and SLIMQUICK LABORATORIES in connection with their weight loss products and dietary supplements with full knowledge of the long and extensive prior use of the SLIM-FAST® Mark by Plaintiffs.

41.    Defendants' conduct is causing immediate and irreparable injury to Plaintiffs, and to their goodwill and reputation, and will continue both to damage Plaintiffs and to confuse the public unless enjoined by this Court. Plaintiffs have no adequate remedy at law.

SECOND CLAIM FOR RELIEF
FEDERAL UNFAIR COMPETITION
(15 U.S.C. §1125(a)(1))

42.     Plaintiffs reallege paragraphs 1- 41 above and incorporate them by reference as if fully set forth herein.

43.     Defendants' use of SLIMQUICK and SLIMQUICK LABORATORIES in connection with their weight loss products and dietary is likely to cause confusion, mistake, or deception, and constitutes a false designation of origin, a false description and representation of Defendant's goods and a false representation that Defendants' goods are sponsored, endorsed, licensed, authorized and/or affiliated or connected with Plaintiffs in violation of Section 43 of the Lanham Act, 15 U.S.C. §1125(a)(1).

44.     Upon information and belief, Defendants used SLIMQUICK and SLIMQUICK LABORATORIES in connection with their weight loss products and dietary supplements with full knowledge of the long and extensive prior use of the SLIM-FAST® Mark by Plaintiffs.

45.     Defendants' acts are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

46.     Defendants' conduct has caused and will continue to cause irreparable injury to Plaintiffs unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

THIRD CLAIM FOR RELIEF
FEDERAL DILUTION (15 U.S.C. § 1125(c)(1))

47.     Plaintiffs reallege paragraphs 1-46 above and incorporate them by reference as if fully set forth herein.

48.     By reason of Plaintiffs' continuous and extensive sales, use and advertising of their products bearing the SLIM-FAST® Mark, the SLIM-FAST® Mark has become famous and highly distinctive of Plaintiffs and is uniquely associated with Plaintiffs.

11

49.    Defendants' above-described actions occurred after Plaintiffs' SLIM-FAST®

Mark acquired fame, and will, unless restrained, likely dilute the distinctive quality of Plaintiffs'

famous SLIM-FAST® Mark by destroying the exclusive association between Plaintiffs' marks

and their goods and services, and/or otherwise lessening the capacity of the SLIM-FAST® Mark

to identify Plaintiffs and their goods exclusively and/or tarnishing Plaintiffs' valuable SLIM-

FAST® Mark by undermining and damaging the goodwill and reputation associated with the

SLIM-FAST® Mark.

50.    Defendants' aforesaid actions are in violation of § 43(c)(1) of the Lanham Act, 15

U.S.C. § 1125(c)(1), and have already caused Plaintiffs irreparable damage and will, unless

restrained, continue to so damage Plaintiffs, which have no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF
## COMMON LAW UNFAIR COMPETITION

51.    Plaintiffs reallege paragraphs 1 through 50 above and incorporate them by

reference as if fully set forth herein.

52.    Upon information and belief, Defendants were aware of Plaintiffs' prior use of

Plaintiffs' registered SLIM-FAST® Mark, and adopted and used SLIMQUICK and

SLIMQUICK LABORATORIES in disregard of Plaintiffs' prior use and rights in Plaintiffs'

SLIM-FAST® Mark.

53.    Upon information and belief, Defendants' use of SLIMQUICK and SLIMQUICK

LABORATORIES has resulted in the misappropriation of and trading upon Plaintiffs' good will

and business reputation at Plaintiffs' expense and without any expense to Defendants. The effect

of Defendants' misappropriation of the goodwill symbolized by Plaintiffs' SLIM-FAST® Mark

is to unjustly enrich Defendants, damage Plaintiffs and confuse and/or deceive the public.

54.    Defendants' conduct constitutes unfair competition with Plaintiffs, all of which has caused and will continue to cause irreparable injury to Plaintiffs' good will and reputation unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

FIFTH CLAIM FOR RELIEF
DILUTION AND INJURY TO BUSINESS REPUTATION
(N.Y. General Business law §360-l)

55.    Plaintiffs reallege paragraphs 1 through 54 above and incorporate them by reference as if fully set forth herein.

56.    Defendants' unauthorized use of SLIMQUICK and SLIMQUICK LABORATORIES in connection with their weight loss products and dietary supplements will cause the dilution of the distinctive quality of Plaintiffs' SLIM-FAST® Mark, resulting in injury to Plaintiffs' business reputation.

57.    Defendants' use of SLIMQUICK and SLIMQUICK LABORATORIES in connection with goods not controlled or otherwise subject to Plaintiffs' control is causing and will continue to cause dilution and/or injury to the reputation of Plaintiffs and Plaintiffs' goods.

58.    Upon information and belief, Defendants do not own a U.S. trademark registration for SLIMQUICK or SLIMQUICK LABORATORIES.

59.    By reason of the foregoing, Plaintiffs are entitled to injunctive relief under New York General Business Law §360-l.

60.    Defendants' conduct has caused and will continue to cause irreparable injury to Plaintiffs unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

SIXTH CLAIM FOR RELIEF
DECEPTIVE TRADE PRACTICES (N.Y. General Business Law § 349)

61.    Plaintiffs reallege paragraphs 1 through 60 above and incorporate them by reference as if fully set forth herein.

13

62.    By reason of the acts and practices set forth above, Defendants have and are engaged in deceptive trade practices or acts in the conduct of a business, trade or commerce, or furnishing of goods and/or services, in violation of § 349 of the New York General Business Law.

63.    The public is likely to be damaged as a result of the deceptive trade practices or acts engaged in by Defendants.

64.    Unless enjoined by the Court, Defendants will continue said deceptive trade practices or acts, thereby deceiving the public and causing immediate and irreparable damage to Plaintiffs. Plaintiffs have no adequate remedy at law.

WHEREFORE, Plaintiffs demand judgment as follows:

1.    Preliminarily and permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants from:

(a)    using or authorizing any third party to use as a trademark, service mark, domain name, business name, trade name or symbol of origin SLIMQUICK, SLIMQUICK LABORATORIES and/or any other counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiffs' SLIM-FAST® Mark in any manner or form, on or in connection with any business, products or services, or in the marketing, advertising and promotion of same;

(b)    imitating, copying or making any unauthorized use of Plaintiffs' SLIM-FAST® Mark or any copy, simulation, variation or imitation thereof;

14

(c)     making or displaying any statement or representation that is likely to lead the public or the trade to believe that Defendants' goods are in any manner associated or affiliated with or approved, endorsed, licensed, sponsored, authorized or franchised by or are otherwise connected with Plaintiffs;

(d)     using or authorizing any third party to use in connection with the rendering, offering, advertising, or promotion of any goods, any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices or trade dress which falsely associate such goods or services with Plaintiffs or tend to do so;

(e)     diluting the distinctive quality of Plaintiffs' SLIM-FAST® Mark;

(f)     registering or applying to register as a trademark, service mark, domain name, trade name or other source identifier or symbol of origin SLIMQUICK, SLIMQUICK LABORATORIES or any other mark, trade dress or name that infringes on or is likely to be confused with Plaintiffs' SLIM-FAST® Mark;

(g)     engaging in any other activity constituting unfair competition with Plaintiffs, or constituting an infringement of Plaintiffs' SLIM-FAST® Mark, or of Plaintiffs' rights therein; and

(h)     aiding, assisting or abetting any other party in doing any act prohibited by sub-paragraphs (a) through (g).

2.     Requiring Defendants to formally abandon with prejudice U.S. trademark applications Serial Nos. 76/652,168 and 76/652,169 and any other applications to register SLIMQUICK, SLIMQUICK LABORATORIES or any other trademark, service mark, or trade

15

dress consisting of, containing, or confusingly similar to Plaintiffs' SLIM-FAST® Mark either alone or in combination with other words and/or designs.

3.     Requiring Defendants to direct all distributors, retail establishments or wholesale establishments to cease the distribution or sale of any and all goods sold in connection with or bearing SLIMQUICK and/or SLIMQUICK LABORATORIES.

4.     Directing that Defendants deliver for destruction all products and goods, advertisements for such, and other materials in their possession, or under their control, incorporating or bearing SLIMQUICK or SLIMQUICK LABORATORIES or any other simulations, variations or colorable imitations of Plaintiffs' SLIM-FAST® Mark, used alone or in combination with other words and/or designs.

5.     Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any product or service manufactured, sold, distributed, licensed or otherwise offered, circulated or promoted by Defendants is authorized, sponsored by, or otherwise affiliated with Plaintiffs or related in any way to Plaintiffs' products.

6.     Directing that Defendants file with the Court and serve upon Plaintiffs' counsel within thirty (30) days after entry of such judgment, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied therewith.

7.     Awarding Plaintiffs such damages as they have sustained or will sustain by reason of Defendants' trademark infringement, unfair competition, dilution and injury to business reputation and deceptive trade practices.

8.     Awarding Plaintiffs all gains, profits, property and advantages derived by Defendants from such conduct, and pursuant to 15 U.S.C. § 1107, awarding Plaintiffs three times

the amount of the actual damages sustained as a result of Defendants' violations of the Lanham Act.

     9.    Awarding Plaintiffs exemplary and punitive damages to deter any future willful infringement as the Court finds appropriate.

     10.    Awarding Plaintiffs their costs and disbursements incurred in this action, including their reasonable attorneys' fees.

     11.    Awarding Plaintiffs interest, including pre-judgment interest, on the foregoing sums.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury pursuant to Fed. R. Civ. P. 38.

Dated:  New York, New York
        April 21, 2008

           Respectfully submitted,

           DUANE MORRIS LLP

           By:

           Gregory P. Gulia
           Christopher J. Rooney
           1540 Broadway
           New York, New York 10036-4086
           Telephone: (212) 692-1000
           Fax: (212) 692-1020

           Attorneys for Plaintiffs
           Unilever Supply Chain, Inc. and
           Conopco, Inc. d/b/a Unilever

**Exhibit 1**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-21 12:34:54 ET

**Serial Number:** 73162581 Assignment Information      Trademark Document Retrieval

**Registration Number:** 1102508

**Mark (words only):** SLIM-FAST

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-06-25

**Filing Date:** 1978-03-17

**Transformed into a National Application:** No

**Registration Date:** 1978-09-19

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-01-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. UNILEVER SUPPLY CHAIN, INC.

**Address:**
UNILEVER SUPPLY CHAIN, INC.
1 JOHN STREET
CLINTON, CT 06413
United States
**Legal Entity Type:** DELAWARE
**State or Country Where Organized:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

**International Class:** 005
**Class Status:** Active

PROTEIN FOOD SUPPLEMENT
**Basis:** 1(a)
**First Use Date:** 1977-05-17
**First Use in Commerce Date:** 1977-05-17

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-08 - Case File In TICRS

2006-10-07 - Review Of Correspondence Complete

2005-10-27 - PAPER RECEIVED

1998-12-31 - Section 7 amendment issued

1998-06-25 - First renewal 10 year

1998-05-20 - Section 9 filed/check record for Section 8

1998-04-20 - Section 7 amendment filed

1985-01-15 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-08-29 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JEFFREY C KATZ

**Correspondent**
PATRICIA HATRY
DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NY 10019

---

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-21 12:35:19 ET

**Serial Number:** 73435336 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1288616

**Mark (words only):** SLIM-FAST

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-09-16

**Filing Date:** 1983-07-20

**Transformed into a National Application:** No

**Registration Date:** 1984-08-07

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. UNILEVER SUPPLY CHAIN, INC.

**Address:**
UNILEVER SUPPLY CHAIN, INC.
1 JOHN STREET
CLINTON, CT 06413
United States
**Legal Entity Type:** DELAWARE
**State or Country Where Organized:** (NOT AVAILABLE)

---

### GOODS AND/OR SERVICES

---

**International Class:** 005
**Class Status:** Active

Beverage Powder Meal Replacement Mix
**Basis:** 1(a)
**First Use Date:** 1977-07-00
**First Use in Commerce Date:** 1977-07-00

---

### ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1102508

---

### MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-05-01 - Attorney Revoked And/Or Appointed

2006-05-01 - TEAS Revoke/Appoint Attorney Received

2006-04-28 - Attorney Revoked And/Or Appointed

2006-04-28 - TEAS Revoke/Appoint Attorney Received

2006-04-28 - Attorney Revoked And/Or Appointed

2006-04-28 - TEAS Revoke/Appoint Attorney Received

2006-04-06 - TEAS Change Of Correspondence Received

2005-10-27 - PAPER RECEIVED

2004-09-16 - First renewal 10 year

2004-09-16 - Section 8 (10-year) accepted/ Section 9 granted

2004-08-05 - Combined Section 8 (10-year)/Section 9 filed

2004-08-05 - TEAS Section 8 & 9 Received

1990-06-19 - Section 15 acknowledged

1990-03-26 - Section 15 affidavit received

1990-02-06 - Section 8 (6-year) accepted

1989-12-08 - Section 8 (6-year) filed

1989-11-16 - Post Registration action correction

1989-11-16 - Section 8 (6-year) and Section 15 Filed

1984-08-07 - Registered - Principal Register

1984-05-15 - Published for opposition

1984-03-27 - Notice of publication

1984-02-14 - Approved for Pub - Principal Register (Initial exam)

1984-02-14 - Examiner's amendment mailed

1984-02-01 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Mitchell A. Frank

**Correspondent**
Mitchell A. Frank
Unilever United States, Inc.
Unilever Law Department
700 Sylvan Avenue
Englewood Cliffs NJ 07632-0331
Phone Number: 201-894-2727
Fax Number: 201-894-2723

**Domestic Representative**
Mitchell A. Frank
Phone Number: 201-894-2727
Fax Number: 201-894-2723

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-21 12:35:37 ET

**Serial Number:** 73523212 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 1358816

**Mark (words only):** SLIM-FAST

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-04-27

**Filing Date:** 1985-02-21

**Transformed into a National Application:** No

**Registration Date:** 1985-09-10

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 834 -Post Registration

**Date In Location:** 2006-04-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. UNILEVER SUPPLY CHAIN, INC.

**Address:**
UNILEVER SUPPLY CHAIN, INC.
1 JOHN STREET
CLINTON, CT 06413
United States
**Legal Entity Type:** DELAWARE
**State or Country Where Organized:** (NOT AVAILABLE)

---

### GOODS AND/OR SERVICES

---

**International Class:** 005
**Class Status:** Active

DIETARY MEAL REPLACEMENT NUTRITIONAL BARS, AND INSTANT PUDDING MEAL
REPLACEMENT MIX
**Basis:** 1(a)
**First Use Date:** 1983-10-01
**First Use in Commerce Date:** 1983-10-01

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1102508
1288616

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2006-05-01 - Attorney Revoked And/Or Appointed

2006-05-01 - TEAS Revoke/Appoint Attorney Received

2006-04-28 - Attorney Revoked And/Or Appointed

2006-04-28 - TEAS Revoke/Appoint Attorney Received

2006-04-28 - Attorney Revoked And/Or Appointed

2006-04-28 - TEAS Revoke/Appoint Attorney Received

2006-04-27 - First renewal 10 year

2006-04-27 - Section 8 (10-year) accepted/ Section 9 granted

2006-03-29 - Response received to Post Registration action - Sections 8 & 9

2006-04-06 - TEAS Change Of Correspondence Received

2006-03-29 - PAPER RECEIVED

2006-03-28 - Attorney Revoked And/Or Appointed

2006-03-28 - TEAS Revoke/Appoint Attorney Received

2005-10-27 - PAPER RECEIVED

2005-09-29 - Post Registration action mailed Sections 8 & 9

2005-09-29 - Assigned To Paralegal

2005-08-12 - Combined Section 8 (10-year)/Section 9 filed

2005-08-12 - TEAS Section 8 & 9 Received

1991-11-04 - Section 8 (6-year) accepted & Section 15 acknowledged

1991-06-20 - Section 8 (6-year) and Section 15 Filed

1985-09-10 - Registered - Principal Register

1985-07-02 - Published for opposition

1985-06-02 - Notice of publication

1985-05-01 - Approved for Pub - Principal Register (Initial exam)

1985-04-24 - Examiner's amendment mailed

1985-04-23 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mitchell A. Frank

**Correspondent**
Mitchell A. Frank
Unilever United States, Inc.
Unilever Law Department
700 Sylvan Avenue
Englewood Cliffs NJ 07632-0331
Phone Number: 201-894-2727
Fax Number: 201-894-2723

**Domestic Representative**
Mitchell A. Frank
Phone Number: 201-894-2727
Fax Number: 201-894-2723

---

**Exhibit 2**

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-21 12:35:55 ET

**Serial Number:** 78234078 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2913870

**Mark (words only):** SLIM-FAST OPTIMA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-12-21

**Filing Date:** 2003-04-04

**Transformed into a National Application:** No

**Registration Date:** 2004-12-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-11-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. UNILEVER SUPPLY CHAIN, INC.

**Address:**
UNILEVER SUPPLY CHAIN, INC.
1 JOHN STREET
CLINTON, CT 06413
United States
**Legal Entity Type:** DELAWARE
**State or Country Where Organized:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

---

**International Class:** 005
**Class Status:** Active

Ready to drink meal replacement shakes
**Basis:** 1(a)
**First Use Date:** 2004-07-19
**First Use in Commerce Date:** 2004-07-19

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-10-07 - Review Of Correspondence Complete

2005-10-27 - PAPER RECEIVED

2004-12-21 - Registered - Principal Register

2004-10-13 - Law Office Registration Review Completed

2004-10-12 - Assigned To LIE

2004-10-04 - Allowed for Registration - Principal Register (SOU accepted)

2004-10-01 - Assigned To Examiner

2004-09-30 - Statement of use processing complete

2004-09-22 - Amendment to Use filed

2004-09-22 - TEAS Statement of Use Received

2004-09-16 - TEAS Change Of Correspondence Received

2004-07-19 - Extension 1 granted

2004-07-19 - Extension 1 filed

2004-07-19 - TEAS Extension Received

2004-02-24 - Notice of allowance - mailed

2003-12-02 - Published for opposition

2003-11-12 - Notice of publication

2003-10-08 - Approved for Pub - Principal Register (Initial exam)

2003-10-08 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Eric W. McCormick

**Correspondent**
Mitchell A. Frank
Unilever Law Department
700 Sylvan Avenue
Englewood Cliffs NJ 07632-0331
Phone Number: 201-894-2723
Fax Number: 201-894-2727

---

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-21 12:36:15 ET

**Serial Number:** 78238326 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2915210

**Mark (words only):** SLIM-FAST OPTIMA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-12-28

**Filing Date:** 2003-04-16

**Transformed into a National Application:** No

**Registration Date:** 2004-12-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-11-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. UNILEVER SUPPLY CHAIN, INC.

**Address:**
UNILEVER SUPPLY CHAIN, INC.
1 JOHN STREET
CLINTON, CT 06413
United States
**Legal Entity Type:** DELAWARE
**State or Country Where Organized:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

**International Class:** 005
**Class Status:** Active

**MEAL REPLACEMENT BARS**
**Basis:** 1(a)
**First Use Date:** 2004-07-21
**First Use in Commerce Date:** 2004-07-21

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-10-07 - Review Of Correspondence Complete

2005-10-27 - PAPER RECEIVED

2004-12-28 - Registered - Principal Register

2004-10-21 - Law Office Registration Review Completed

2004-10-13 - Assigned To LIE

2004-10-06 - Allowed for Registration - Principal Register (SOU accepted)

2004-10-05 - Assigned To Examiner

2004-10-01 - Statement of use processing complete

2004-09-22 - Amendment to Use filed

2004-09-22 - TEAS Statement of Use Received

2004-09-16 - TEAS Change Of Correspondence Received

2004-03-30 - Notice of allowance - mailed

2004-01-06 - Published for opposition

2003-12-17 - Notice of publication

2003-10-14 - Approved for Pub - Principal Register (Initial exam)

2003-10-08 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Eric W. McCormick

**Correspondent**
Mitchell A. Frank
Unilever Law Department
700 Sylvan Avenue
Englewood Cliffs NJ 07632-0331
Phone Number: 201-894-2723
Fax Number: 201-894-2727

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2008-04-21 12:36:34 ET

**Serial Number:** 78394197 <u>Assignment Information</u>      <u>Trademark Document Retrieval</u>

**Registration Number:** 2979959

**Mark**

# SLIM-FAST OPTIMA

**(words only):** SLIM-FAST OPTIMA

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-07-26

**Filing Date:** 2004-03-31

**Transformed into a National Application:** No

**Registration Date:** 2005-07-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-06-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. UNILEVER SUPPLY CHAIN, INC.

**Address:**
UNILEVER SUPPLY CHAIN, INC.
1 JOHN STREET

CLINTON, CT 06413
United States
**Legal Entity Type:** DELAWARE
**State or Country Where Organized:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

---

**International Class:** 005
**Class Status:** Active
Beverage powder meal replacement mix
**Basis:** 1(a)
**First Use Date:** 2004-09-16
**First Use in Commerce Date:** 2004-09-16

**International Class:** 030
**Class Status:** Active
Chocolate-based snack bars
**Basis:** 1(a)
**First Use Date:** 2004-07-19
**First Use in Commerce Date:** 2004-07-19

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1288616
1358816
2768781

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-05-01 - Attorney Revoked And/Or Appointed

2006-05-01 - TEAS Revoke/Appoint Attorney Received

2006-04-28 - Attorney Revoked And/Or Appointed

2006-04-28 - TEAS Revoke/Appoint Attorney Received

2006-04-28 - Attorney Revoked And/Or Appointed

2006-04-28 - TEAS Revoke/Appoint Attorney Received

2006-04-06 - TEAS Change Of Correspondence Received

2005-10-27 - PAPER RECEIVED

2005-07-26 - Registered - Principal Register

2005-05-17 - Law Office Registration Review Completed

2005-05-17 - Assigned To LIE

2005-05-05 - Allowed for Registration - Principal Register (SOU accepted)

2005-05-05 - Statement of use processing complete

2005-04-18 - Amendment to Use filed

2005-04-18 - TEAS Statement of Use Received

2005-01-11 - TEAS Statement of Use Received

2004-10-19 - Notice of allowance - mailed

2004-09-15 - TEAS Change Of Correspondence Received

2004-07-27 - Published for opposition

2004-07-07 - Notice of publication

2004-05-15 - Approved for Pub - Principal Register (Initial exam)

2004-05-14 - Examiner's amendment mailed

2004-05-10 - Assigned To Examiner

2004-04-08 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mitchell A. Frank

**Correspondent**
Mitchell A. Frank
Unilever United States, Inc.
Unilever Law Department
700 Sylvan Avenue
Englewood Cliffs NJ 07632-0331
Phone Number: 201-894-2727
Fax Number: 201-894-2723

**Domestic Representative**
Mitchell A. Frank
Phone Number: 201-894-2727
Fax Number: 201-894-2723

---

**<u>Exhibit 3</u>**

Weight Loss Supplement | SlimQuick Laboratories | Walgreens

Page 1 of 8



*Walgreens*.com®

Back to Home

| Pharmacy | Health Library | Photo | Shop |

Sign In:
User name
Password

Register    Why register?

GO!

Shopping Cart (0 items)
Your Account    Help
Mailbox

Search:                    GO!

Electronics | Health Care | Household | Personal | Toys | Baby
Vitamins & Nutrition | Beauty & Spa | Sexual Wellness | Contact Lenses | Fitness & Diet | Home Medical

View more ►
Customize these links

Refill Rx    Drug Information    Store Locator

Shop > Vitamins & Nutrition > Wellness > Diet & Weight Management

View Larger Image

(15 Ratings)

Write a Review

Read 15 Reviews

**SlimQuick Laboratories Weight Loss Supplement, Rapid Release Caplets**

Price    $29.99

Quantity:  1    ADD TO CART

Save to list
Size/count:   72.0 ea.

FREE shipping eligible
In Stock ships in 3 business days.
Return to your local Walgreens store.

**Information below**

**Easy Shopping:**

Weight Loss Supplement | SlimQuick Laboratories | Walgreens

Page 2 of 8

Shipping Details

Warnings

Description

Ingredients

Reviews

You May Also Like

More Brands

## Description

- 6 Ways women lose weight.
- Clinically tested ingredients.
- Designed for women.
- SlimQuick Helps:
  - o Reduce excess water retention with the support of juniper berry.
  - o Balance female hormones with chaste tree berry.
  - o Reduce stress with rhodiola.
  - o Increase metabolism with green tea.
  - o Increase energy with the support of ginseng.
  - o Reduce appetite with the support of hoodia, used traditionally to control hunger.
- Manufactured in the United States.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

## More Brands

| | |
|---|---|
| Walgreens | Delmar Labs |
| Applied Nutrition | Dexatrim |
| Celebrity | Dynakor Pharmacal |
| Cellular Research Formulas | Evolve |
| Cylaris | Generix Laboratories |
| View all Diet & Weight Management | |

## You May Also Like

SlimQuick Laboratories Single Powder Packets
with Hoodia Mixed Berries

Grandma's Herbs
HydroxyCut
Integrity Health Products
Inverness Medical
Iovate Health Sciences

### Returning an Item?

Read return policies

PayPal

Shop online without
a credit card. Details

Enjoy No Payments for
90 Days on orders over $150!

☑ BillMeLater
Subject to credit approval. Details >

FREE shipping
on 1000s of items.
Learn more ●

### Site Features

- Shopping List
- Weekly Ad
- Online Specials
- Rebates
- Sweepstakes & Promotions

Weight Loss Supplement | SlimQuick Laboratories | Walgreens



$19.99  **ADD TO CART**    FREE shipping eligible

(2 Ratings)
Write a Review
Read 2 Reviews

$24.99  **ADD TO CART**    FREE shipping eligible

(2 Ratings)
Write a Review
Read 2 Reviews

$19.99  **ADD TO CART**    FREE shipping eligible

(4 Ratings)
Write a Review
Read 4 Reviews

## Reviews

**PRODUCT REVIEWS SUMMARY** ( Powered by PowerReviews.com )

🖶 Print All Reviews

Avg. Customer Rating:          (based on **15** reviews)

Customers most agreed on the following attributes:

**Pros:** Easy to manage(9), Helped lose weight(8), Tastes fine(7), Works quickly(6)
**Cons:** Caused side effects(7), Didn't work(3)
**Best Uses:** Daily use(9), Exercise and diet supplement(6), Quick fix(4)
**Describe Yourself:** Overweight(5), Athletic(3), Health conscious(3)

Already own it? Write a Review

**REVIEWED BY 15 CUSTOMERS**

**Sort by:** Newest first

Displaying Reviews 1-6 of 15

Previous | Next »

Weight Loss Supplement | SlimQuick Laboratories | Walgreens

Page 4 of 8

## Not impressed

By BRM [VERIFIED REVIEWER ✓] from Houston, TX on 4/11/2008

**Pros:** Easy To Manage, Tastes Fine
**Cons:** Didn't Work
**Best Uses:** Exercise and Diet Supplement
**Describe Yourself:** Health Conscious
**Bottom Line:** No, I would not recommend this to a friend

Have used for 2+ weeks - have lost a whole 4 lbs in conjunction with daily exercise of at least 30 mins. and diet restriction. Definitely not a "miracle pill"!!

*Was this review helpful to you? Yes/No - You may also flag this review.*

## helped lose weight - awful side effect!

By Mel from IL on 3/27/2008

**Bottom Line:** No, I would not recommend this to a friend

This product definitely helped me lose weight - I lost 12 pounds in 3 weeks. I was not overweight to begin with, but just wanted to slim down for the summer. It also gave me energy to exercise and took away my hunger. HOWEVER ... it gave me terrible acne! I am surprised no one else mentioned this. I actually had to stop taking the pills because of this. I've always had perfect skin but after 3 weeks of taking these pills I just started breaking out all over my face - huge, red, painful pimples. I knew the acne had to be from the pills because I was not doing anything else differently. After I quit taking the pills, the pimples didn't clear up for about 3 more weeks. At one point I counted 18 on my face at one time. I tried quite a few creams and scrubs, but new ones just kept coming up. This was very traumatic for me because I've never had to deal with acne before. Once I stopped taking the pills, I gained most of the weight back ... I felt hungry CONSTANTLY and felt tired every afternoon and not in the mood to go to the gym. Plus I think I was eating more because I was stressed from the acne. So overall, I would not recommend this product.

*Was this review helpful to you? Yes/No - You may also flag this review.*

## i have a question

By miss dee from houston texas on 3/16/2008

**Cons:** Caused Side Effects

Weight Loss Supplement | SlimQuick Laboratories | Walgreens

Page 5 of 8

I was wondering how many people have had the bad headaches?

*Was this review helpful to you? Yes/No - You may also flag this review.*

## So Far Ok But The Side Effects Are Harsh

By Lady M from Chicago, IL on 3/12/2008

**Pros:**   Easy To Manage, Tastes Fine
**Cons:**   Caused Side Effects
**Best Uses:**   Quick Fix, Daily Use, Exercise and Diet Supplement
**Describe Yourself:**   Health Conscious
**Bottom Line:**   Yes, I would recommend this to a friend

I've only been on it for 3 days now and I have been feeling sick but the headaches don't linger that long, so far my appetite has changed and I don't snack anymore and I eat twice a day. I also started excercising and hopefully when 2 weeks or more pass by I can began to see some progress, if not I might just stop using this product due to the side effects. I've read other reviews and I saw many women have lost 10 pounds or more in just a week or 2 and my aim is to lose 20 so hopefully by the end of the month I'll be at a good point. Wish me luck....wanna fit into that two piece this summer lol

*Was this review helpful to you? Yes/No - You may also flag this review.*

## awesome product

By Ms Haugen  ☑ VERIFIED REVIEWER from Texas on 3/10/2008

**Pros:**   Easy To Manage, Helped Lose Weight, Tastes Fine, Works Quickly, No Side Effects
**Cons:**   None
**Best Uses:**   Exercise and Diet Supplement, Quick Fix, Post-Birth Weightloss, Daily Use
**Describe Yourself:**   Athletic

LOVE it. Lost 30 lbs after weaning my baby. LOVE IT LOVE IT. I want to be their spokeswoman!!!

*Was this review helpful to you? Yes/No - You may also flag this review.*

## Quick weight loss, some side effects

Weight Loss Supplement | SlimQuick Laboratories | Walgreens

By Michelle from CT on 3/10/2008

**Pros:** Tastes Fine, Helped Lose Weight, Works Quickly, Easy To Manage
**Cons:** Caused Side Effects
**Best Uses:** Exercise and Diet Supplement, Daily Use, Quick Fix
**Describe Yourself:** Athletic, Health Conscious
**Bottom Line:** Yes, I would recommend this to a friend

This definitely worked to shed some weight really fast. I'd say I've dropped about 10 lbs in under 2 weeks. I would have given it 5 out of 5 stars if it weren't for the occasional headaches/nausea. Otherwise, it did its job.

*Was this review helpful to you? Yes/No - You may also flag this review.*

Displaying Reviews 1-6 of 15                                         Previous | Next »

## Ingredients

Green Tea Extract - Camellia Sinensis - Leaf - 98% Polyphenols - 70% Catechins - 45% EGCG 135 mg , Caffeine - Anhydrous , Rhodiola Extract - Rhodiola Roasea - Root - 3% Rosavin , South African Hoodia - Hoodia Gordonii - Aerial Stems , Juniper Extract - Juniperus Communis - Fruit , Chaste Tree Extract - Vitex Agnus-Castus - Fruit , Soy Extract - Glycine Max - Seed - 40% Isoflavones , Asian Ginseng Extract - Panax Ginseng - Root - 10% Ginsenosides , Brown Seaweed - Fucus Vesiculosus - Whole Plant - Contains Fucoxanthin , Dandelion - Taraxacum Officinale - Taraxacum Officinale - Leaf , Yerba Mate - Ilex Paraguariensis - Leaf , Uva-Ursi - Arcotastaphylos Uva-Ursi - Leaf , Japanese Knotweed - Polygonum Cuspidatum - Aerial Stem - 50% Resveratrol , Phytosterols - Glycine Max - Seed - 40% Beta-Sitosterol , L-Theanine, Microcrystalline Cellulose , Film Coat, Hypromellose , Hydroxypropyl Cellulose , Acesulfame Potassium , Titanium Dioxide , Croscarmellose Sodium , Soy Polysaccharides , Maltodextrin , Stearic Acid , Magnesium Stearate , Silica

## Instructions

- As a dietary supplement, take the first dose in the morning prior to breakfast and the second dose 6 hours later, each time on an empty stomach with 8 oz. of water.
- Refer to the dosing chart below. Do not exceed 4 rapid release caplets in a 24-hour period.
- SlimQuick should be used in conjunction with a sensible low-fat diet and regular exercise program - refer to booklet included.
- Do not take SlimQuick within 5 hours of sleep.
- Read the entire label before use and follow directions.
- Week 1:
    o 1 Caplet morning
    o 1 Caplet afternoon

Weight Loss Supplement | SlimQuick Laboratories | Walgreens

- Week 2 and Onward:
  - o 2 Caplets morning
  - o 2 Caplets afternoon
- Store in a cool dry place.

## Warnings

- Keep out of reach of children.
- Do not use if you are pregnant or nursing or are allergic to soy products.
- Not intended for use by persons under 18.
- Consult a physician before using this product if you have been treated for or, diagnosed with, or have a family history of any medical condition including, but not limited to, diabetes, anxiety disorders, glaucoma, cardiac conditions, osteoporosis, thyroid disease or hypertension, or if you are taking monoamine oxidase - MAO - inhibitors, anticoagulants, or any prescription drug or over-the-counter medication.
- One serving of this product contains the amount of caffeine equivalent to 2 cups of coffee. Limit use with other caffeine-containing sources such as coffee, tea or energy drinks.
- Discontinue use and immediately inform a medical doctor if you experience chest pain, dizziness, headache, irregular heartbeat, nausea, or other comparable symptoms.
- Use only as directed.
- Do not exceed recommended serving, as improper use of this product does not enhance results.
- Do not use if inner safety seal has been broken.

## Item shipping Details

 Package Weight: 0.13LB

 Package Dimensions: W: 3.05" x H: 6.15" x D: 2.6"

## Walgreens Information

<u>Shipping Information</u>
<u>Return Policy</u>
<u>Walgreens Brand Guarantee</u>
<u>Privacy Policy</u>

All product information © 2007

Weight Loss Supplement | SlimQuick Laboratories | Walgreens



Sign up to receive W Photo News and Offers, plus Special Offers and Savings, by email.

Email address

ZIP code

SIGN UP

By signing up, I'm agreeing to Walgreens Terms of Use.

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Web Site Survey | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV |
Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security

© Copyright 2008 Walgreen Co. All rights reserved.

Cleanse | SlimQuick Laboratories | Walgreens



Cleanse | SlimQuick Laboratories | Walgreens

You May Also Like     Shipping Details     Description

Ingredients     More Brands     Nutritional Information

Reviews     Warnings

## Description

- Dietary Supplement.
- Gentle detox for weight loss.
- 7-Day program.
- Clinically tested ingredients.
- 6 Ways for a jump start to weight loss.
- SlimQuick cleanse gently eliminates toxins from your body, helping to give you a jump start to weight loss.
- SlimQuick Cleans Helps:
  - Eliminate toxins
  - Increase metabolism
  - Improve functions of digestive tract
  - Increase energy
  - Cleanse colon
  - Balance blood sugar
- Includes free cleanse program with exercise and diet tips.
- Regular exercise and a reduced calorie diet are essential for achieving your weight-loss goals.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

## More Brands

| | |
|---|---|
| Walgreens | Delmar Labs |
| Applied Nutrition | Dexatrim |
| Celebrity | Dynakor Pharmacal |
| Cellular Research Formulas | Evolve |

| | |
|---|---|
| Grandma's Herbs | |
| HydroxyCut | |
| Integrity Health Products | |
| Inverness Medical | |

Returning an Item?

Read return policies

*PayPal*

Shop online without a credit card. Details

Enjoy No Payments for 90 Days on orders over $150!

☑ BillMeLater

Subject to credit approval. Details >

FREE shipping on 1000s of items

Learn more ⊕

## Site Features

- Shopping List
- Weekly Ad
- Online Specials

Cleanse | SlimQuick Laboratories | Walgreens

Cvlaris          Generix Laboratories          Iovate Health Sciences          • Rebates
View all Diet & Weight Management                                              • Sweepstakes & Promotions

## You May Also Like



Nature's Cleanse Ultimate Natural Moisturizing Bar
Soap Cocoa Butter
$1.49   ADD TO CART          FREE shipping eligible

(1 Rating)
Write a Review
Read 1 Review

SlimQuick Laboratories Hoodia Rapid Release
Caplets
$24.99   ADD TO CART          FREE shipping eligible

(2 Ratings)
Write a Review
Read 2 Reviews

Aloe Vesta Bathing Cloths - 1 Bathe & Cleanse
$89.99   ADD TO CART

Ships for FREE

(0 Ratings)
Write a Review

SlimQuick Laboratories Weight Loss Supplement
Rapid Release Caplets
$29.99   ADD TO CART          FREE shipping eligible

(15 Ratings)
Write a Review
Read 15 Reviews

## Reviews

**PRODUCT REVIEWS SUMMARY** ( Powered by PowerReviews.com )          Print All Reviews

Cleanse | SlimQuick Laboratories | Walgreens

**Avg. Customer Rating:**              (based on 2 reviews)

Already own it? Write a Review

**Sort by:** Newest first

REVIEWED BY 2 CUSTOMERS

Displaying Reviews 1-2 of 2

### It's working so far!

By me from here on 4/15/2008

**Pros:** Tastes Fine, Easy To Manage, Works Quickly, Helped Lose Weight
**Cons:** Caused Side Effects
**Best Uses:** Exercise and Diet Supplement, Quick Fix
**Describe Yourself:** Overweight
**Bottom Line:** Yes, I would recommend this to a friend

I've been using this for 2 days, and let me tell you, it's cleansing! Relieved my constant constipation, and I feel great already! I've already lost 3 pounds too, that was good to see. I have some side effects, but nothing that isn't manageable.

*Was this review helpful to you? Yes/No - You may also flag this review.*

### Does what it says.

By Reflection [✓] VERIFIED REVIEWER from Dallas, TX on 4/8/2008

**Pros:** Helped Lose Weight, No Side Effects, Tastes Fine, Works Quickly, Easy To Manage
**Best Uses:** Daily Use, Exercise and Diet Supplement, Quick Fix
**Describe Yourself:** Overweight
**Bottom Line:** Yes, I would recommend this to a friend

I tried this product and immediately it started to work. There were no side effects, I felt less hungry and it cleaned out my system just like it said. In just the one week of taking this product, I lost a few pounds [although that was not my goal, but it

was a super plus]. I would recommend this product.

*Was this review helpful to you? Yes/No - You may also flag this review.*

Displaying Reviews 1-2 of 2

## Ingredients

SlimQuick 6-Ways Cleanse Complex, Glucomannan - Amorphophallus Konjac - Root, Green Tea Extract - Camellia Sinensis - Leaf - 98% Polyphenols - 70% Catechins - 45% EGCG - 135 mg, Senna Extract - Senna Alexandrina - Leaf - 20% Sennosides, Ginseng Extract - Panax Ginseng - Root - 10% Ginsenosides, Lactospore - Lactobacillus Sporogenes - Providing 300 million CFU, Chaste Tree Extract - Vitex Agnus-Castus - Fruit 12:1, Milk Thistle Extract - Silybum Marianum - 80% Silymarin, Artichoke - Cynara Scolymus - Leaf, Tumeric Extract - Curcuma Longa - Root - 95% Curcumin, Dandelion - Taraxacum Officinale - Leaf, Cranberry - Vaccinium Macrocarpon - Fruit, Fennel - Foeniculum Vulgare - Seed, Peppermint Extract - Mentha Piperita - Leaf 4:1, Caraway - Carum Carvi - Seed, Ginger - Zingiber Officinale - Root, Slippery Elm - Ulmus Rubra - Herb, Bromelain - 200 GDU, Cinnamon - Cinnamomum Verum - Bark, Microcrystalline Cellulose, Magnesium Stearate, Gelatin, Purified Water

### Nutritional Facts

Serving Size 4 capsules
Servings Per Container 14

**Calories**

Calories from Fat

| Amount Per Serving | | % Daily Value* |
|---|---|---|
| Selenium (as Selenomethionine) 35.0 mcg | 50.0% | % |
| Chromium (as Chromium Citrate) 300.0 mcg | 250.0% | % |
| SlimQuick 6-Ways Cleanse Complex 1960.0 mg | % | % |

## Instructions

- Take your first serving - 4 capsules - prior to afternoon meal and your second serving before bedtime.

Cleanse | SlimQuick Laboratories | Walgreens

- Take this product with at least 8 oz - a full glass of water or other fluid.
- Taking this product without enough liquid may cause choking.
- See choking warning.
- Drinking ten 8 oz glasses of water per day during the cleansing period is recommended.
- SlimQuick cleanse should be used in conjunction with the cleansing diet and exercise program - refer to booklet included.
- Do not take for greater than 7 days.

## Warnings

- Keep out of reach of children.
- Do not use if pregnant or nursing.
- Not intended for use by persons under 18.
- Consult a physician before using this product if you have been treated for, or diagnosed with, or have a family history of any medical condition including, but not limited to diabetes, or if you are taking any prescription drug or over-the-counter medication including but not limited to monoamine oxidase - MAO inhibitors or anticoagulants.
- Do not use if you have noticed a sudden change in your bowel habits that persist over a two week period of time.
- Do not use if abdominal pain, nausea, or vomiting are present.
- Do not take for more than 7 days without consulting your physician.
- Overuse or extended use may cause dependence for bowel function.
- Choking:
  - o  Taking this product without adequate fluid may cause it to swell and block your throat or esophagus and may cause choking.
  - o  Do not take this product if you have difficulty in swallowing.
- If you experience chest pain, vomiting, or difficulty in swallowing or breathing after taking this product, seek immediate medical attention.
- Use only as directed.
- Do not exceed recommended serving, as improper use of this product does not enhance results.
- Do not use if inner safety seal has been broken.

## Item shipping Details

 Package Weight: 0.5LB

 Package Dimensions: W: 3.05" x H: 6.35" x D: 2.4"

Cleanse | SlimQuick Laboratories | Walgreens

Page 7 of 7

## Walgreens Information

Shipping Information
Return Policy
Walgreens Brand Guarantee
Privacy Policy

All product information © SlimQuick Laboratories



Sign up to receive W Photo News and Offers, plus    Email address    ZIP code    SIGN UP
Special Offers and Savings. by email.

By signing up, I'm agreeing to Walgreens Terms of Use.

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Web Site Survey | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV |
Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security
© Copyright 2008 Walgreen Co. All rights reserved.