DUANE MORRIS LLP
Gregory P. Gulia
Christopher J. Rooney
1540 Broadway
New York, New York  10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and        :
CONOPCO, INC. d/b/a UNILEVER,          :
                                       :
                    Plaintiffs,        :
                                       :          **RULE 7.1 DISCLOSURE**
         -against-                     :          **STATEMENT OF**
                                       :          **PLAINTIFFS**
GLOBAL HEALTH TECHNOLOGIES INC.,       :
WELLNX LIFE SCIENCES INC.,             :
WELLNX DR INCORPORATED,                :
NX CARE INC., NX LABS INC.,            :
DEREK WOODGATE, BRAD WOODGATE,         :
and SCOTT WELCH,                       :
                                       :
                    Defendants.        :
-----------------------------------------------------------------X



   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever (private non-governmental corporate parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held and/or own 10% or more of the said party's stock:

   Unilever N.V. and Unilever PLC

Dated: New York, N.Y.
      April 21, 2008

                        DUANE MORRIS LLP

                        By: _____
                        Gregory P. Gulia
                        Christopher J. Rooney
                        1540 Broadway
                        New York, New York 10036-4086
                        (212) 692-1000

                        Attorneys for Plaintiffs
                        Unilever Supply Chain, Inc. and
                        Conopco, Inc. d/b/a Unilever