


**MEMO ENDORSED**

July 8, 2008

t (202) 344 8051
f 202.344.8300
rcolaizzi@venable.com

**BY HAND DELIVERY**

The Honorable Denise L. Cote
District Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08
```

Re:   *Unilever Supply Chain, Inc., et al. v. Global Health Tech. Inc., et al.*
      08-CIV-3775 (DLC)

Dear Judge Cote:

We write regarding the status of the above-referenced matter and respectfully to request that the initial pretrial conference, currently scheduled for Friday, July 11, 2008, at 10:30 a.m. be postponed because of settlement negotiations. On July 2, 2008, counsel for Defendants spoke with your law clerk, who advised writing this letter to the Court.

The parties have been engaged in settlement negotiations. Because of the ongoing settlement negotiations, Plaintiffs have permitted Defendants an extension of time to answer or otherwise respond to the initial complaint. Postponing the initial pretrial conference will allow the parties to continue to focus resources on settlement.

The parties have discussed postponing the initial pretrial conference and are in agreement that doing so would be in the best interests of pursuing settlement negotiations and conserving judicial resources. We therefore respectfully request that the initial pretrial conference be postponed 30 days so the parties can continue settlement negotiations.

*The conference is adjourned to August 15, 2008 at 11:30 am.*
*/s/ Denise Cote*
*July 9, 2008*

Respectfully submitted,

*Roger Colaizzi /MCH*

Roger A. Colaizzi

cc:   Gregory P. Gulia, Esq., Counsel for Plaintiffs (by email PDF and first class mail)