UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

UNILEVER SUPPLY CHAIN, INC. and CONOPCO, INC., d/b/a UNILEVER,

                    Plaintiffs,

    -v-

GLOBAL HEALTH TECHNOLOGIES INC.; WELLNX LIFE SCIENCES INC.; WELLNX DR INCORPORATED; NX CARE INC.; NX LABS INC.; DEREK WOODGATE; BRAD WOODGATE; and SCOTT WELCH,

                    Defendants.

------------------------------------------------------------- -X

08 CIV. 3775 (DLC) (AJP)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
            August 15, 2008

_____
DENISE COTE
United States District Judge