```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNILEVER SUPPLY CHAIN, INC. and          :
CONOPCO, INC., d/b/a UNILEVER,           :   08 CIV. 3775 (DLC)
                                         :
                Plaintiffs,              :   PRETRIAL
                                         :   SCHEDULING ORDER
        -v-                              :
                                         :
GLOBAL HEALTH TECHNOLOGIES INC.; WELLNX  :
LIFE SCIENCES INC.; WELLNX DR            :
INCORPORATED; NX CARE INC.; NX LABS      :
INC.; DEREK WOODGATE; BRAD WOODGATE;     :
and SCOTT WELCH,                         :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 15, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **August 29, 2008**.

2.  No additional parties may be joined or pleadings amended after **September 26, 2008**.

3.  The parties are instructed to contact the chambers of Magistrate Judge Peck prior to **October 31, 2008** in order to pursue settlement discussions under his supervision.

4.  All fact discovery must be completed by **May 1, 2009**.

5.  Identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden of proof on the issue must occur by **May 15, 2009**. Identification of experts and disclosure of expert testimony in rebuttal must occur by **June 12, 2009**.

6.  All expert discovery must be completed by **July 17, 2009**.

7. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **August 14, 2009**
   - Opposition served by **September 11, 2009**
   - Reply served by **September 18, 2009**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **August 14, 2009**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         August 15, 2008

                          _____
                                DENISE COTE
                          United States District Judge